JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NOE MENDEZ, | Case No. CV 18-5443 JFW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM SULLIVAN, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  July 13, 2020


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE